DAVID P. WAGGONER, SBN 242519
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA 94705
Telephone: (415) 205-8237
Facsimile: (510) 540-0403
dwaggoner@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEEBA SABR, | ) |
| Plaintiff, | ) Civil No. 3:18-cv-06516-EDL |
| v. | ) JOINT STIPULATION AND ~~PROPOSED~~ |
| NANCY A. BERRYHILL, | ) ORDER EXTENDING PLAINTIFF'S TIME |
| Commissioner of Social Security, | ) TO FILE MOTION FOR SUMMARY |
| Defendant. | ) JUDGMENT AS MODIFIED |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff's time ~~for amending~~ to file his Motion for Summary Judgment be extended from March 13, 2019, until April 13, 2019. This is Plaintiff's first request for an extension of time to file his Motion for Summary Judgment. There is good cause for this extension because counsel for Plaintiff has been unable to access the Administrative Transcript via the PACER system.

Plaintiff shall have an extension until April 13, 2019, to file his Motion for Summary Judgment. The parties further stipulate that all subsequent deadlines in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

Stip. and Order Extending Pl.'s Time to File MSJ      Case No. 3:18-cv-06516-EDL      1

The parties stipulate in good faith with no intent to prolong proceedings unduly.

This is Plaintiff's first request for an extension of time to file his Motion for Summary Judgment.

Respectfully submitted,

Dated: March 13, 2019        By:

   /s/ *David P. Waggoner*
DAVID P. WAGGONER
Attorney for Plaintiff

Dated: March 13, 2019        By:

   /s/ *Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
(as authorized via email on March 13, 2019)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March ~~13~~ 14, 2019

*Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE